IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15-CR-3092 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES W. YOUNGBLOOD, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Hearing (filing 48) is granted.

2. Defendant James W. Youngblood's sentencing is continued to June 30, 2016, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of May, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge